# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jorge Luis Perales-Salazar,<br>a.k.a. Martel Verdia-Aguilar,<br>A077 519 405<br>*Defendant* | )<br>)<br>) Case No. 17-589MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jorge Luis Perales-Salazar, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about April 25, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY : *CEB* Charles E. Bailey, P.S. for AUSA Brooke Afshari

☒ Continued on the attached sheet.

_____
Complainant's signature
Christopher M. Baugh
U.S. Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: November 20, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
Printed name and title

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about November 19, 2017, Border Patrol Agent Roman Rubio, while performing his assigned duties near Gila Bend, Arizona, encountered an individual later identified as Jorge Luis Perales-Salazar. The agent identified himself as a Border Patrol agent and performed an immigration inspection on Perales-Salazar. The agent determined that Perales-Salazar was a citizen of Mexico, unlawfully present in the United States. Perales-Salazar was taken to the Ajo Border Patrol Station for further processing. Perales-Salazar was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Jorge Luis Perales-Salazar to be a citizen of Mexico and a previously deported criminal alien. Perales-Salazar was removed from the United States to Mexico through El Paso, Texas, on or about April 25, 2017, pursuant to a reinstatement of a prior deportation order issued by an immigration judge. There is no record of Jorge Luis Perales-Salazar in any Department of

Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Perales-Salazar's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jorge Luis Perales-Salazar was convicted of Failure to Stop and Identify at the Scene of Death Accident, a felony offense, on August 14, 2007, in the Superior Court of the State of Washington, County of Franklin. Perales-Salazar was sentenced to thirty-six (36) months' incarceration. Perales-Salazar's criminal history was matched to him by electronic fingerprint comparison.

5. On November 19, 2017, Jorge Luis Perales-Salazar was advised of his constitutional rights. Perales-Salazar freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 19, 2017, Jorge Luis Perales-Salazar, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about April 25, 2017, and not having obtained the express consent of the Secretary of the

Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Christopher M. Baugh
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 20th day of November, 2017.

_____
Michelle H. Burns
United States Magistrate Judge

3